ALICE GORDON, Respondent, v. JAMES GORDON, Appellant.—

 Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.